IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JANICE HOENIG, Executor of the Estate of Morris Hoenig, deceased,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) NO. 10-cv-764-JPG-DGW ) |
| **UNITED STATES OF AMERICA,** | ) ) ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  September 19, 2012

                                                     **NANCY ROSENSTENGEL, Clerk of Court**

                                                     **BY: s/Jina Hoyt, Deputy Clerk**

APPROVED:  *s/J. Phil Gilbert*
                     **J. PHIL GILBERT**
                     **U. S. DISTRICT JUDGE**